IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMERON SCOTT GUTHRIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:23-cv-286-ECM |
| | ) |
| ALABAMA (and its employees), | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On September 27, 2023, the Magistrate Judge entered a Recommendation (doc. 13) to which no timely objections have been filed.  Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge (doc. 13) is ADOPTED, and this case is DISMISSED without prejudice for the Plaintiff's failure to comply with the Orders of this Court.

A separate Final Judgment will be entered.

DONE this 3rd day of November, 2023.

                                           /s/ Emily C. Marks
                                       EMILY C. MARKS
                                       CHIEF UNITED STATES DISTRICT JUDGE